## VERIFICATION

I, Jerome S. Heisler Jr., declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the facts contained in the foregoing Verified Complaint are true and correct.

_____
Jerome S. Heisler Jr.

_____6/23/17_____
Date