IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE REYBOLD GROUP OF COMPANIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOEs 1-20,<br><br>Defendants. | Case No. 17-cv-00810-UNA |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves the admission *pro hac vice* of Alexander B. Owczarczak of Wiley Rein LLP to represent Plaintiff the Reybold Group of Companies, Inc. in this matter. Payment in the amount of $25.00 will be submitted to the Clerk's office contemporaneously with this motion.

THE REYBOLD GROUP OF COMPANIES, INC.

DATED: June 26, 2017  By: /s/ Jeffrey M. Weiner, Esquire #403
Jeffrey M. Weiner, Esq.
1332 King Street,
Wilmington, DE 19801
302-652-0505 (telephone)
302-652-7824 (telefax)
LegalW@AOL.com (email)

OF COUNSEL:

David E. Weslow (*pro hac vice* application to be filed)
Alexander B. Owczarczak (*pro hac vice* application to be filed)
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
Phone: 202.719.7000
Fax: 202.719.7049
Email: dweslow@wileyrein.com
Email: aowczarczak@wileyrein.com

*Attorneys for Plaintiff*
*The Reybold Group of Companies, Inc.*