IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE REYBOLD GROUP OF COMPANIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOEs 1-20,<br><br>Defendants. | Case No. 17-cv-00810-UNA |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated this _____ day of _____, 2017

_____
UNITED STATES DISTRICT JUDGE