Case 1:17-cv-00810-VAC-CJB   Document 4-1   Filed 06/26/17   Page 1 of 1 PageID #: 30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE REYBOLD GROUP OF COMPANIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOEs 1-20,<br><br>Defendants. | Case No. 17-cv-00810-UNA |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's Office.

WILEY REIN LLP

David E. Weslow
1776 K Street NW
Washington, DC 20006
(202) 719-7000
dweslow@wileyrein.com

Date: June 26, 2017