IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE REYBOLD GROUP OF COMPANIES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOEs 1-20,<br><br>    Defendants. | Civil Action No. 17-cv-810-VAC-CJB |

**PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY**

Plaintiff Reybold Venture Group VII-APT L.L.C. ("Reybold") hereby moves for expedited discovery.

For the reasons set forth in Reybold's accompanying memorandum, Reybold respectfully requests that this Court permit limited expedited discovery directed to ApartmentRatings.com, in order to determine Defendant Doe's identity or identities.

                                          THE REYBOLD GROUP OF COMPANIES, INC.

DATED: June 29, 2017   By: _____
                                            Jeffrey M. Weiner, Esq.
                                            1332 King Street,
                                            Wilmington, DE 19801
                                            302-652-0505 (telephone)
                                            302-652-7824 (telefax)
                                            LegalW@AOL.com (email)

OF COUNSEL:

David E. Weslow (*pro hac vice* application pending)
Alexander B. Owczarczak (*pro hac vice* application pending)
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
Phone: 202.719.7000
Fax: 202.719.7049
Email: dweslow@wileyrein.com
Email: aowczarczak@wileyrein.com

*Attorneys for Plaintiff*
*The Reybold Group of Companies, Inc.*