IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE REYBOLD GROUP OF COMPANIES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOEs 1-20,<br><br>    Defendants. | Civil Action No. 17-cv-810-VAC |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of The Reybold Group of Companies, Inc.'s *Ex Parte* Motion for Expedited Discovery and memorandum in support thereof, it is hereby

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that Plaintiff may immediately serve limited non-party discovery on Internet service providers to identify any name, address, telephone number, email address, and/or payment method of Defendant John Does; and it is further

ORDERED that any information disclosed to Plaintiff in response to discovery issued pursuant to this Order may be used solely for the purpose of protecting Plaintiff's rights as set forth in the Verified Complaint.

_____
UNITED STATES DISTRICT JUDGE